IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**MYRTLE HICKS MIX, et al.**                                                                                    **PLAINTIFFS**

**V.**                                                                                            **NO. 4:18-CV-177-DMB-JMV**

**AARP LIFE INSURANCE PROGRAM,**
**NEW YORK LIFE INSURANCE**
**COMPANY**                                                                                                **DEFENDANT**

## ORDER

On August 21, 2019, AARP Life Insurance Program, New York Life Insurance Company ("New York Life") filed a motion to enforce a settlement agreement between it and the plaintiffs in this case. Doc. #17. Six days later, New York Life filed a "consent" motion to continue trial and stay this case pending resolution of the motion to enforce. Doc. #19. On September 25, 2019, counsel for the plaintiffs informed this Court by electronic mail that the plaintiffs intend to comply with the settlement agreement. Accordingly, the Clerk of the Court is directed to **TERMINATE** [17] the motion to enforce and [19] the motion to continue and stay.

**SO ORDERED**, this 30th day of September, 2019.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**